#108 #128798

UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF OHIO

FILED
2010 AUG 27 PM 1:27
CLERK, U.S.
BANKRUPTCY COURT
TOLEDO, OHIO

In re: STEWART, JEANIENE    Case No. 10-30147

Judge Richard L. Speer

### REPORT ON DIVIDENDS OF LESS THAN FIVE DOLLARS BY TRUSTEE

I, the undersigned trustee of the above named bankrupt, do hereby report that the following is a list of the names and addresses of the persons entitled to dividends of less than five dollars, showing the respective amounts payable to them.

| Payee | Address | Amount |
|---|---|---|
| Premium Asset Recovery Corp., | P.O. Box 1810, Warren, MI 48090 | $1.61 |
| Premium Asset Recovery Corp., | P.O. Box 1810, Warren, MI 48090 | $1.61 |
| Premium Asset Recovery Corp., | P.O. Box 1810, Warren, MI 48090 | $1.60 |
| Premium Asset Recovery Corp., | P.O. Box 1810, Warren, MI 48090 | $1.60 |
| Premium Asset Recovery Corp., | P.O. Box 1810, Warren, MI 48090 | $1.60 |
| Premium Asset Recovery Corp., | P.O. Box 1810, Warren, MI 48090 | $1.60 |

Check for $9.62 payable to the Clerk of the United States Bankruptcy Court for deposit into the registry of the Court is herewith transmitted pursuant to Bankruptcy Rule 3010.

*Ericka Parker*
Ericka S. Parker, Trustee

Dated: 8/25/10

Cc:
Office of the U.S. Trustee